1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
                            **DISTRICT OF NEVADA**
7
8                                              )      Case #: 2:24-cv-00103-GMN-MDC
   Rosenbaum et. al.,                          )
9                                              )
                                               )
10           Plaintiff(s),                     )      **VERIFIED PETITION FOR**
                                               )      **PERMISSION TO PRACTICE**
11   vs.                                       )      **IN THIS CASE ONLY BY**
                                               )      **ATTORNEY NOT ADMITTED**
12   Permian Resources Corp. et al             )      **TO THE BAR OF THIS COURT**
                                               )      **AND DESIGNATION OF**
13                                             )      **LOCAL COUNSEL**
           Defendant(s).                       )
14   _____)      FILING FEE IS $250.00

15

16           _____Stephen J. Teti_____, Petitioner, respectfully represents to the Court:
                   (name of petitioner)
17
           1.      That Petitioner is an attorney at law and a member of the law firm of
18
                            Lockridge Grindal Nauen, P.L.L.P.
19   _____
                                          (firm name)
20   with offices at _____100 Washington Ave S, Suite 2200_____,
                                        (street address)
21
             Minneapolis              ,         Minnesota          ,       55401         ,
22   _____          _____         _____
                (city)                          (state)                    (zip code)
23       612-339-6900          ,            sjteti@locklaw.com                   .
   _____          _____
24   (area code + telephone number)             (Email address)

           2.      That Petitioner has been retained personally or as a member of the law firm by
25
        These Paws Were Made for Walkin' LLC
26   _____ to provide legal representation in connection with
                   [client(s)]

27   the above-entitled case now pending before this Court.

28                                                                                   Rev. 5/16

3. That since ___06/16/2017___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___Massachusetts___
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Massachusetts Supreme Judicial Court | 06/16/2017 | 569332 |
| Connecticut Supreme Court | 11/01/2010 | 432018 |
| District of Massachusetts | 12/12/2017 | 569332 |
| District of Connecticut | 04/10/2012 | ct28885 |
| Northern District of Illinois | 07/08/2021 | 432018 |
| District of Colorado | 2/15/2013 | |
| See attachment A for additional courts | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

7. That Petitioner is a member of good standing in the following Bar Associations.

American Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| none | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF __Massachusetts__ )
)
COUNTY OF __Bristol__ )

__Stephen J. Teti__, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__1st__ day of __February__, __2024__.

__Darcy L Bramley, Notary Public__
Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Martin Muckleroy__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__6077 S. Fort Apache Rd, Ste 140__,
(street address)

__Las Vegas__, __Nevada__, __89148__,
(city)          (state)          (zip code)

__702-907-0097__, __martin@muckleroylunt.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Martin Muckleroy_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
Betsy Hoyt, Plaintiff
_____
(type or print party name, title)

_____
(party's signature)
Betsy Hoyt, Plaintiff
_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

9634                    martin@muckleroylunt.com
Bar number              Email address

**APPROVED:**
Dated: this __12__ day of __February__, 20 __24__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

## **Attachment A**

Western District of New York, 2015

Southern District of New York, 2015

Ninth Circuit Court of Appeals, 03/28/2012

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **June 16, 2017**, said Court being the highest Court of Record in said Commonwealth:

## Stephen J. Teti

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **thirty-first** day of **January** in the year of our Lord **two thousand and twenty-four.**

MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.

# State of Connecticut
# Supreme Court

I, **Carl D. Cicchetti,** Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

**Hartford**

Do hereby certify, that, in the Supreme Court at on the **1st** day of **November, 2010**

**Stephen John Teti**

of
**Mansfield, MA**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.



In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day **February 2, 2024**

*Carl D. Cicchetti*
Chief Clerk