1
2
3
4
5
6

Christopher A. Turtzo; NV Bar No. 10253
Bryan Baugh; NV Bar No. 16193
**MORRIS, SULLIVAN & LEMKUL, LLP**
3960 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169
Tel: (702) 405-8100
Fax: (702) 405-8101
turtzo@morrissullivanlaw.com
baugh@morrissullivanlaw.com

Patrick Coughlin (*pro hac vice* forthcoming)
Carmen Medici (*pro hac vice*)
Fatima Brizuela (*pro hac vice*)
Daniel J. Brockwell (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 233-4565
Fax: (619) 233-0508
pcoughlin@scott-scott.com
cmedici@scott-scott.com

7
8

[Additional attorneys listed on signature page.]

*Attorneys for Plaintiffs*

9
10

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

11
12
13

DANIEL ROSENBAUM; RENELDO RODRIGUEZ; and THOMAS CARON, Individually and on Behalf of All Others Similarly Situated,

14

Plaintiffs,

15
16

v.

17
18
19
20
21
22

PERMIAN RESOURCES CORP. f/k/a CENTENNIAL RESOURCE DEVELOPMENT, INC.; CHESAPEAKE ENERGY CORPORATION; CONTINENTAL RESOURCES INC.; DIAMONDBACK ENERGY, INC.; EOG RESOURCES, INC.; HESS CORPORATION; OCCIDENTAL PETROLEUM CORPORATION; and PIONEER NATURAL RESOURCES COMPANY,

23

Defendants.

Case No. 2:24-cv-00103-GMN-MDC

**MOTION TO WITHDRAW APPEARANCE OF ZACHARY KRANC**

24
25
26
27
28

Pursuant to Local Rule IA 11-6-b(6) of the United States District Court for the District of Nevada, Plaintiffs Daniel Rosenbaum; Reneldo Rodriguez; and Thomas Caron hereby respectfully move this Court to withdraw the appearance of Zachary Kranc as one of the attorneys of record in this matter.  Plaintiffs continue to be represented by the law firms Morris, Sullivan &

1  Lemkul, LLP and Scott+Scott Attorneys at Law LLP.   The undersigned counsel requests that

2  Zachary Kranc be removed from all certificates of service and the Court's e-service list.

3  Date: January 30, 2024                    */s/ Christopher A. Turtzo*
                                            Christopher A. Turtzo; NV Bar No. 10253
4                                           Bryan Baugh; NV Bar No. 16193
                                            **MORRIS, SULLIVAN & LEMKUL, LLP**
5                                           3960 Howard Hughes Parkway, Suite 400
                                            Las Vegas, NV 89169
6                                           Tel: (702) 405-8100
                                            Fax: (702) 405-8101
7                                           turtzo@morrissullivanlaw.com
                                            baugh@morrissullivanlaw.com
8
                                            *Local Counsel for Plaintiffs*
9
                                            **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
10                                          Patrick J. Coughlin (*pro hac vice* forthcoming)
                                            Carmen Medici (*pro hac vice*)
11                                          Fatima Brizuela (*pro hac vice*)
                                            Daniel J. Brockwell (*pro hac vice*)
12                                          600 W. Broadway, Suite 3300
                                            San Diego, CA 92101
13                                          Tel: (619) 233-4565
                                            pcoughlin@scott-scott.com
14                                          cmedici@scott-scott.com
                                            fbrizuela@scott-scott.com
15                                          dbrockwell@scott-scott.com

16                                          SCOTT+SCOTT ATTORNEYS AT LAW LLP
                                            Patrick McGahan (*pro hac vice*)
17                                          Michael Srodoski (*pro hac vice* forthcoming)
                                            Isabella De Lisi (*pro hac vice*)
18                                          156 S Main Street
                                            P.O. Box 192
19                                          Colchester, CT 06415
                                            Tel: (860) 537-5537
20                                          pmcgahan@scott-scott.com
                                            msrodoski@scott-scott.com
21                                          idelisi@scott-scott.com

22                                          **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
                                            Patrick Rodriguez (*pro hac vice* forthcoming)
23                                          230 Park Ave., 17th Floor
                                            New York, NY 11069
24                                          Tel: (212) 223-6444
                                            prodriguez@scott-scott.com
25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

I HEREBY CERTIFY that I am an employee of MORRIS, SULLIVAN & LEMKUL,

3

LLP, and that I caused a true and correct copy of the foregoing MOTION TO WITHDRAW

4

APPEARANCE OF ZACHARY KRANC to be served via Electronic Service to all parties and

5

counsel identified on the CM/ECF System via electronic notification on this 30th day of January

6

2024.

7

8

9

_____/s/Dominique Rocha_____

10

**An Employee of Morris, Sullivan & Lemkul**

11

12

**IT IS ORDERED** that:

13

1. Attorney Zachary Kranc's motion to withdraw (ECF No. 22) is GRANTED.
2. The Clerk of Court is directed to remove him from the CM/ECF service list.

14

15

Dated this 23rd day of February 2024.

16

_____

17

Maximiliano D. Couvillier III
United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

3