GIBSON, DUNN & CRUTCHER LLP
SAMUEL G. LIVERSIDGE (*pro hac vice*)
JAY P. SRINIVASAN (*pro hac vice*)
S. CHRISTOPHER WHITTAKER (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone:  213.229.7000
Facsimile:  213.229.7520
sliversidge@gibsondunn.com
jsrinivasan@gibsondunn.com
cwhittaker@gibsondunn.com

SKADDEN, ARPS, SLATE, MEAGHER &
  FLOM LLP
BORIS BERSHTEYN (*pro hac vice*)
KAREN HOFFMAN LENT (*pro hac vice forthcoming*)
One Manhattan West
New York, NY  10001-8602
Telephone:  212.735.3000
Facsimile:  917.777.2000

HOWARD & HOWARD ATTORNEYS
  PLLC
W. WEST ALLEN (NV Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV  89169
Telephone:  702.667.4843
Facsimile:  702.567.1568
wwa@h2law.com

*Attorneys for Defendant*
*PIONEER NATURAL RESOURCES COMPANY*

[*Additional Attorneys Listed In Signature Block*]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WESTERN CAB COMPANY, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>PERMIAN RESOURCES CORP. f/k/a CENTENNIAL RESOURCE DEVELOPMENT, INC.; CHESAPEAKE ENERGY CORPORATION; CONTINENTAL RESOURCES INC.; DIAMONDBACK ENERGY, INC.; EOG RESOURCES, INC.; HESS CORPORATION; OCCIDENTAL PETROLEUM CORPORATION; and PIONEER NATURAL RESOURCES COMPANY,<br><br>                    Defendants. | CASE NO. 2:24-cv-00401-GMN-MDC<br><br>**STIPULATION AND ORDER TO CONSOLIDATE CASE** |

Pursuant to Local Rule 7-1, Plaintiff Western Cab Company ("Western Cab"), and all Defendants in this action, Permian Resources Corporation, Chesapeake Energy Corporation, Continental Resources Inc., Diamondback Energy, Inc., EOG Resources, Inc., Hess Corporation, Occidental Petroleum Corporation, and Pioneer Natural Resources Company (together, "Defendants")[1], by and through their respective counsel and pending the Court's approval, hereby stipulate as follows:

WHEREAS, Western Cab filed its Complaint against Defendants on February 28, 2024 (ECF No. 1);

WHEREAS, on March 6, 2024, a notice of related cases was filed in this case identifying eight other actions[2] (the "Related Cases") filed in this District that "involve the same claims based on the same underlying conduct and were brought against the same defendants on behalf of related putative classes" (ECF No. 8);

WHEREAS, the instant action was reassigned to this Court on March 7, 2024, on the basis that it "asserts substantially overlapping claims, names similar defendants, involves similar questions of fact, and shares a common question of law" as the Related Cases, and accordingly is "related to the others filed in this district within the meaning of Local Rule 42-1" (ECF No. 9 at 1);

WHEREAS, on January 29, 2024, this Court consolidated the following actions because they "involve several shared questions of law and fact" and consolidation "will conserve judicial and litigation resources": *Rosenbaum et al. v. Permian Resources Corp. et al.*, No. 2:24-cv-00103-

---

[1] By entering into this stipulation, none of the Defendants are waiving any of their potential defenses or arguments to this action, including but not limited to those related to personal jurisdiction and venue.

[2] The eight other related cases assigned to this Court are: *Rosenbaum et al. v. Permian Resources Corp. et al.*, No. 2:24-cv-00103-GMN-MDC; *Andrew Caplen Installations LLC et al. v. Permian Resources Corp. et al.*, No. 2:24-cv-00150-GMN-MDC; *These Paws Were Made for Walkin' LLC v. Permian Resources Corp. et al.*, No. 2:24-cv-00164-GMN-MDC; *Courtmanche et al. v Permian Resources Corp. et al.*, No. 2:24-cv-00198-GMN-MDC; *Mellor et al. v. Permian Resources Corp. et al.*, No. 2:24-cv-00253-GMN-MDC; *Santillo et al. v. Permian Resources Corp. et al.*, No. 2:24-cv-00279-GMN-MDC; *Beaumont et al. v. Permian Resources Corp. et al.*, No. 2:24-cv-00298-GMN-MDC; and *MacDowell et al. v. Permian Resources Corp. et al.*, No. 2:24-cv-00325-GMN-MDC.

GMN-MDC; *Andrew Caplen Installations LLC et al. v. Permian Resources Corp. et al.*, No. 2:24-cv-00150-GMN-MDC; *These Paws Were Made for Walkin' LLC v. Permian Resources Corp. et al.*, No. 2:24-cv-00164-GMN-MDC (No. 2:24-cv-00103, ECF No. 31 at 2);

WHEREAS, on March 22, 2024, this Court issued a minute order stating that the Court "finds that this case involves similar questions of law and fact with Case No. 2:24-cv-00103-GMN-MDC *Rosenbaum et. al. v. Permian Resources et. al.* because all Plaintiffs allege harm in the form of increased gasoline and diesel prices due to Defendants' conduct." ECF No. 35. The Court ordered the parties "to show cause as to why this case should not be consolidated with 2:24-cv-00103" and to either "file a brief, not to exceed ten pages, if they wish to object to this proposed consolidation" or "file a stipulation to consolidate" by March 29, 2024. *Id*.

NOW, THEREFORE, the parties have agreed, and respectfully submit for approval by the Court the following:

1. This case is consolidated for all purposes under Case No. 2:24-cv-00103-GMN-MDC, before District Judge Gloria Navarro and Magistrate Judge Maximiliano Couvillier.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: March 29, 2024 | Dated: March 29, 2024 |
| By: /s/ Samuel G. Liversidge<br>Samuel G. Liversidge (*pro hac vice*)<br>Jay P. Srinivasan (*pro hac vice*)<br>S. Christopher Whittaker (*pro hac vice*)<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br>sliversidge@gibsondunn.com<br>jsrinivasan@gibsondunn.com<br>cwhittaker@gibsondunn.com<br><br>Boris Bershteyn (*pro hac vice*)<br>Karen Hoffman Lent (*pro hac vice forthcoming*)<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>One Manhattan West<br>New York, NY 10001-8602<br>Telephone: 212.735.3000<br>Facsimile: 917.777.2000<br><br>W. West Allen (NV Bar No. 5566)<br>HOWARD & HOWARD ATTORNEYS PLLC<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: 702.667.4843<br>Facsimile: 702.567.1568<br>wwa@h2law.com<br><br>*Attorneys for Defendant*<br>*PIONEER NATURAL RESOURCES COMPANY*<br><br><br>By: /s/E. Leif Reid<br>E. Leif Reid (NV Bar No. 5750)<br>Kristen L. Martini (NV Bar No. 11272)<br>LEWIS ROCA LLP<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>Tel: (775) 321-3415<br>lreid@lewisroca.com<br><br>Jeffrey L. Kessler (*pro hac vice forthcoming*)<br>Jeffrey J. Amato (*pro hac vice forthcoming*)<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, New York 10166 | By: /s/ Michael Eisenkraft<br>Michael Eisenkraft (pro hac vice)<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>88 Pine Street, 14th Floor<br>New York, New York 10005<br>Telephone: (212) 883-7797<br>meisenkraft@cohenmilstein.com<br><br>Brent W. Johnson (pro hac vice pending)<br>Robert W. Cobbs (pro hac vice)<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Avenue NW, 5th Floor<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>bjohnson@cohenmilstein.com<br>rcobbs@cohenmilstein.com<br><br>Robert T. Eglet (NV Bar No. 3402)<br>Artemus W. Ham, IV; NV Bar No. 7001<br>Erica D. Entsminger; NV Bar No. 7432<br>EGLET ADAMS EGLET HAM & HENRIOD<br>400 South Street, Suite 400<br>Las Vegas, Nevada 89101<br>Telephone: (702): 450-5400<br>Facsimile: (702) 450-5451<br>eservice@egletlaw.com<br><br>*Counsel for Plaintiff* |

1  Tel: (212) 294-6700
2  jkessler@winston.com
   jamato@winston.com
3
4  Thomas M. Melsheimer (*pro hac vice forthcoming*)
   Thomas B. Walsh, IV (*pro hac vice forthcoming*)
5  WINSTON & STRAWN LLP
   2121 N. Pearl Street, Suite 900
6  Dallas, TX 75201
7  Tel: (212) 294-6700
   tmelsheimer@winston.com
8  twalsh@winston.com

9  *Attorneys for Defendant*
   *DIAMONDBACK ENERGY, INC.*
10

11

12 By:  /s/ J. Colby Williams, Esq.
   J. Colby Williams, Esq. (5549)
13 Phillip R. Erwin, Esq. (11563)
   CAMPBELL & WILLIAMS
14 710 South Seventh Street, Suite A
   Las Vegas, Nevada 89101
15 Telephone: (702) 382-5222
16 jcw@cwlawlv.com
   pre@cwlawlv.com
17
   Marguerite M. Sullivan (*pro hac vice forthcoming*)
18
   Jason D. Cruise (*pro hac vice forthcoming*)
19 LATHAM & WATKINS LLP
   555 Eleventh Street, N.W., Suite 1000
20 Washington, D.C. 20004
21 Telephone: (202) 637-2200
   Marguerite.Sullivan@lw.com
22 Jason.Cruise@lw.com

23
   Lawrence E. Buterman (*pro hac vice forthcoming*)
24 LATHAM & WATKINS LLP
25 1271 Avenue of the Americas
   New York, NY 10020
26 Telephone:  (212) 906-1200
   Lawrence.Buterman@lw.com
27
28

Gibson, Dunn & Crutcher LLP

5

1  *Attorneys for Defendant*
   CHESAPEAKE ENERGY CORPORATION
2

3

4  By: /s/ Nicholas J Santoro
   Nicholas J Santoro (NV Bar No. 532)
5  F. Thomas Edwards (NV Bar No. 9549)HOLLEY
   DRIGGS LTD
6  300 South 4th Street, Ste 1600
   Las Vegas, NV 89101
7  Telephone : 702-791-0308
   Fax: 702-791-1912
8  nsantoro@nevadafirm.com

9
   Kevin S. Schwartz (*pro hac vice forthcoming*)
10 David A. Papirnik (*pro hac vice forthcoming*)
   WACHTELL, LIPTON, ROSEN & KATZ
11 51 West 52nd Street
   New York, NY 10019
12 Telephone: 212-403-1062
   kschwartz@wlrk.com
13

14 *Attorneys for Defendant*
   HESS CORPORATION
15

16

17 By: /s/ Patrick G. Byrne
   Patrick G. Byrne (NV Bar No. 7636)
18 Bradley T. Austin (NV Bar No. 13064)
   SNELL & WILMER L.L.P.
19 3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, Nevada 89169
20 Telephone:  (702) 784-5200
   Facsimile: (702) 784-5252
21 pbyrne@swlaw.com
   baustin@swlaw.com
22

23 Devora W. Allon (*pro hac vice forthcoming*)
   KIRKLAND & ELLIS LLP
24 601 Lexington Avenue
   New York, NY 10022
25 devora.allon@kirkland.com
   Telephone: 212-446-5967
26 Facsimile: 212-446-4900

27
   Jeffrey J. Zeiger (*pro hac vice forthcoming*)
28

Gibson, Dunn & Crutcher LLP

| | |
|---|---|
| 1 | KIRKLAND & ELLIS LLP |
| 2 | 300 North LaSalle<br>Chicago, IL 60654 |
| 3 | jzeiger@kirkland.com |
| 4 | Telephone: 312-862-3237<br>Facsimile: 312-862-2200 |
| 5 | Akhil K. Gola (*pro hac vice forthcoming*) |
| 6 | KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, N.W. |
| 7 | Washington, D.C. 20004<br>akhil.gola@kirkland.com |
| 8 | Telephone: 202-389-3256<br>Facsimile: 202-389-5200 |
| 9 | |
| 10 | *Attorneys for Defendant* |
| 11 | *OCCIDENTAL PETROLEUM CORPORATION* |
| 12 | |
| 13 | By:  */s/ Christopher E. Ondeck* |
| 14 | Christopher E. Ondeck (*pro hac vice forthcoming*) |
| 15 | Stephen R. Chuk (*pro hac vice forthcoming*)<br>PROSKAUER ROSE LLP |
| 16 | 1001 Pennsylvania Avenue NW<br>Washington, DC 20004 |
| 17 | Telephone: (202) 416-6800<br>condeck@proskauer.com |
| 18 | schuk@proskauer.com |
| 19 | Kyle A. Casazza (*pro hac vice forthcoming*) |
| 20 | PROSKAUER ROSE LLP<br>2029 Century Park East, Suite 2400 |
| 21 | Los Angeles, CA 90067-3010<br>Telephone: (310) 284-5677 |
| 22 | kcasazza@proskauer.com |
| 23 | Michael Burrage (*pro hac vice forthcoming*) |
| 24 | WHITTEN BURRAGE<br>512 North Broadway Avenue, Ste 300 |
| 25 | Oklahoma City, OK 73102<br>Telephone: (888) 783-0351 |
| 26 | mburrage@whittenburragelaw.com |
| 27 | *Attorneys for Defendant* |
| 28 | *CONTINENTAL RESOURCES, INC.* |

Gibson, Dunn &
Crutcher LLP

7

| | |
|---|---|
| 1 | |
| 2 | By: /s/ Kristen T. Gallagher |
| 3 | Kristen T. Gallagher<br>McDONALD CARANO LLP |
| 4 | 2300 West Sahara Ave., Suite 1200<br>Las Vegas, NV 89102 |
| 5 | kgallagher@mcdonaldcarano.com |
| 6 | Michael W. Scarborough (*pro hac vice forthcoming*) |
| 7 | Dylan I. Ballard (*pro hac vice forthcoming*) |
| 8 | VINSON & ELKINS LLP<br>555 Mission Street, Suite 2000 |
| 9 | San Francisco, CA 94105<br>Telephone: (415) 979–6900 |
| 10 | Facsimile: (415) 651-8786 |
| 11 | mscarborough@velaw.com<br>dballard@velaw.com |
| 12 | |
| 13 | Craig P. Seebald (*pro hac vice forthcoming*)<br>Adam L. Hudes (*pro hac vice forthcoming*) |
| 14 | Stephen M. Medlock (*pro hac vice forthcoming*)<br>VINSON & ELKINS LLP |
| 15 | 2200 Pennsylvania Avenue NW<br>Suite 500 West |
| 16 | Washington, DC 20037<br>Telephone: (202) 639-6500 |
| 17 | Facsimile: (202) 639-6604 |
| 18 | cseebald@velaw.com<br>ahudes@velaw.com |
| 19 | smedlock@velaw.com |
| 20 | *Attorneys for Defendant*<br>*PERMIAN RESOURCES CORPORATION* |
| 21 | |
| 22 | |
| 23 | By: /s/ James J. Pisanelli<br>James J. Pisanelli, Esq., #4027 |
| 24 | Debra L. Spinelli, Esq., #9695<br>PISANELLI BICE PLLC |
| 25 | 400 South 7th Street, Suite 300<br>Las Vegas, Nevada 89101 |
| 26 | |
| 27 | John M. Taladay (*pro hac vice forthcoming*)<br>Christopher Wilson (*pro hac vice forthcoming*) |
| 28 | Kelsey Paine (*pro hac vice forthcoming*)<br>Megan Tankel (*pro hac vice forthcoming*) |

Gibson, Dunn & Crutcher LLP

8

1  BAKER BOTTS L.L.P.
   700 K Street N.W.
2  Washington, D.C. 20001-5692
   Phone (202) 639-7909
3  Fax (202) 639-1165
4  john.taladay@bakerbotts.com
   christopher.wilson@bakerbotts.com
5  kelsey.paine@bakerbotts.com
   megan.tankel@bakerbotts.com
6
7  *Counsel for Defendant*
   *EOG RESOURCES, INC.*
8

10  **IT IS HEREBY ORDERED** that these actions are consolidated for all purposes under Case No. 2:24-cv-00103-GMN-MDC, before District Judge Gloria Navarro and Magistrate Judge Couvillier. The parties are directed to make all future filings in Case No. 2:24-cv-00103-GMN-MDC.

_____
UNITED STATES DISTRICT JUDGE

Dated: ___March 29, 2024___

Gibson, Dunn & Crutcher LLP

# CERTIFICATE OF ELECTRONIC FILING
# AND CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on March 29, 2024, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of this Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record receiving electronic notification.

Executed on March 29, 2024                    */s/ Samuel G. Liversidge*
                                                              Samuel G. Liversidge