Kristen T. Gallagher (NSBN 9561)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com

Michael W. Scarborough (*pro hac vice*)
Dylan I. Ballard (*pro hac vice*)
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
Telephone: (415) 979–6900
mscarborough@velaw.com
dballard@velaw.com

Craig P. Seebald (*pro hac vice*)
Stephen M. Medlock (*pro hac vice*)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Telephone: (202) 639-6500
cseebald@velaw.com
smedlock@velaw.com

*Attorneys for Defendant Permian Resources Corporation*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL ROSENBAUM; RENELDO RODRIGUEZ; and THOMAS CARON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PERMIAN RESOURCES CORP. f/k/a CENTENNIAL RESOURCE DEVELOPMENT, INC.; CHESAPEAKE ENERGY CORPORATION; CONTINENTAL RESOURCES INC.; DIAMONDBACK ENERGY, INC.; EOG RESOURCES, INC.; HESS CORPORATION; OCCIDENTAL PETROLEUM CORPORATION; and PIONEER NATURAL RESOURCES COMPANY,<br><br>Defendants.<br><br>AND ALL RELATED CASES | Case No.:  2:24-cv-00103-MMD-MDC<br><br>**ORDER GRANTING MOTION FOR REMOVAL OF ADAM L. HUDES FROM CM/ECF SERVICE LIST** |

4865-4529-9393.2

1    Defendant Permian Resources Corporation ("Permian") hereby respectfully moves this
2    Court to remove Adam L. Hudes from the CM/ECF Service List in the above-captioned matter such
3    that he be disassociated as counsel of the record in this matter. Defendant Permian continues to be
4    represented by the law firms McDonald Carano LLP and Vinson & Elkins LLP.
5    Permian hereby requests that the Clerk's office make such changes to the docket and to the
6    electronic notification system as necessary to reflect the withdrawal of Adam L. Hudes as counsel
7    of record for Permian.
8    . . .
9    . . .
10   . . .
11   . . .
12   . . .
13   . . .
14   . . .
15   . . .
16   . . .
17   . . .
18   . . .
19   . . .
20   . . .
21   . . .
22   . . .
23   . . .
24   . . .
25   . . .
26   . . .
27   . . .
28   . . .

1  This Motion shall also serve as notice that attorney Adam L. Hudes has disassociated as
2  counsel of record in this case. Accordingly, Permian respectfully requests that Adam L. Hudes'
3  name be removed from the CM/ECF Service List in this matter.

5  Date: May 23, 2024

6  McDONALD CARANO LLP

7  By: */s/   Kristen T. Gallagher*
    Kristen T. Gallagher (NSBN 9561)
8   2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102
9   kgallagher@mcdonaldcarano.com

10  Michael W. Scarborough (*pro hac vice*)
    Dylan I. Ballard (*pro hac vice*)
11  VINSON & ELKINS LLP
    555 Mission Street, Suite 2000
12  San Francisco, CA 94105
    Telephone: (415) 979–6900
13  mscarborough@velaw.com
    dballard@velaw.com
14
    Craig P. Seebald (*pro hac vice*)
15  Stephen M. Medlock (*pro hac vice*)
    VINSON & ELKINS LLP
16  2200 Pennsylvania Avenue NW
    Suite 500 West
17  Washington, DC 20037
    Telephone: (202) 639-6500
18  cseebald@velaw.com
    smedlock@velaw.com
19
    *Attorneys for Defendant Permian Resources Corporation*
20

21  **IT IS SO ORDERED.**

DATED this 24th day of May 2024.
22
    _____
23  UNITED STATES MAGISTRATE JUDGE
    DATED:

## CERTIFICATE OF SERVICE

I certify that I am an employee of McDonald Carano LLP, and that on the 23rd day of May, 2024, a true and correct copy of the foregoing **MOTION FOR REMOVAL OF ADAM L. HUDES FROM CM/ECF SERVICE LIST** to be served via this Court's CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification:

/s/      Marianne Carter
An employee of McDonald Carano LLP