**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

_____

IN RE: SHALE OIL ANTITRUST LITIGATION          Case No. 1:24-md-03119-MLG-LF

This Order Relates to All Cases

## <u>ORDER VACATING NOVEMBER 18, 2025 STATUS CONFERENCE</u>

The Parties state in their November 2025 Joint Status Report that "[t]here are no outstanding issues on which [they] are at impasse[,]" and the Court expects on November 18 to be conducting a criminal trial. Doc. 271 at 3. This month's status conference is thus vacated.

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

1